```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 09/07/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XTECH SOLUTION, LLC,

                Plaintiff,

        v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES and TRACY RENAUD,

                Defendants.

No. 21-CV-5046 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

       This action was filed on June 8, 2021. *See* Dkt. 1. On June 10, 2021, the Court scheduled an initial status conference for September 10, 2021. *See* Dkt. 6. The docket does not reflect that Defendants have been served. No later than September 8, 2021, Plaintiff is directed to advise the Court whether Defendants have been served.

SO ORDERED.

Dated:    September 7, 2021
             New York, New York

                                          Ronnie Abrams
                                          United States District Judge